# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN POLANCO,<br><br>　　　　Plaintiffs,<br>　　v.<br>PHAMATECH, INC. and TUAN PHAM,<br>　　　　Defendants. | Case No.: 16-CV-1835-L (NLS)<br><br>ORDER |

　　The United States having intervened for purposes of settlement in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

**IT IS HEREBY ORDERED** that,

　　1.　Relator's Complaint and Amended Complaint be unsealed;

　　2.　all other contents of the Court's file in this action remain under seal and not be made public, except for this Order and the United States' Notice of Election to Intervene; and

3. the seal be lifted as to all matters occurring in this action after the date of this Order.

**IT IS SO ORDERED.**

Dated:  September 30, 2020

_____
Hon. M. James Lorenz
United States District Judge

cc: Counsel for the United States
    Counsel for Relator