# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN POLANCO,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>PHAMATECH, INC. and TUAN PHAM,<br><br>　　　　　Defendants. | Case No.: 16-CV-1835-L (NLS)<br><br>ORDER ON JOINT MOTION TO DISMISS |

Pursuant to the Joint Motion for Dismissal filed by the United States and Relator, and for good cause shown, IT IS HEREBY ORDERED that:

1.　Relator's claims in Count One and Count Two of this action are dismissed with prejudice; and

2.　United States' claims against Phamatech, Inc. and Tuan Pham, for the Covered Conduct as the term is defined in the Settlement Agreement between the United States, Relator, and Phamatech, Inc. and Tuan Pham, effective September 11, 2020, are dismissed with prejudice, and all remaining claims in this action as to the United States are dismissed without prejudice to the United States.

**IT IS SO ORDERED.**

Dated: October 8, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　United States District Judge